| COVER SHEET FOR TRANSMISSION OF APPEAL FROM BANKRUPTCY COURT TO DISTRICT COURT | |
|---|---|
| 1. Jurisdiction: | 2. Civil Number: |
| 3. Nature Of Suit: | 4. Origin: |
| 5. County Code:<br>　　　　　Washington　36115 | 6. Cause: |
| 7. Bankruptcy Number:  24-60502 | 8. Adversary Number: 24-90011 |

| PARTIES<br>(Name, Address, Phone Number, and Party Type) | |
|---|---|
| **APPELLANT**:<br><br>Jeffrey S. Davidson | **ATTORNEY:**<br><br>Elizabeth Fairbanks-Fletcher, Esq.<br>Fairbanks Fletcher Law PLLC<br>178 Elm St., Ste. 4<br>Saratoga Springs, NY 12866 |
| **APPELLEE**:<br><br>John B. Carnett, IV<br><br><br>**OTHER:**<br><br>U.S. Trustee | **PRO SE :**<br><br>John B. Carnett, IV.<br>95 Salem St.<br>Greenwich, NY 12823<br><br>**ATTORNEY:**<br><br>Lisa Penpraze, Esq.<br>Office of the United States Trustee<br>Leo W. O'Brien Federal Building<br>11A Clinton Ave, Room 620<br>Albany, NY 12207 |