CM/ECF LIVE DATABASE  https://nynb-ecf.sso.dcn/cgi-bin/DktRpt.pl?791628809912213-L_1_0-1

Case 1:25-cv-01431-FJS   Document 1-2   Filed 10/14/25   Page 1 of 9

**727OBJ, ADV, 523, EXTTM, APPEAL**

# U.S. Bankruptcy Court
## Northern District of New York (Albany)
## Adversary Proceeding #: 24-90011-1-pgr

*Assigned to:* Patrick G Radel
*Lead BK Case:* 23-11130
*Lead BK Title:* Jeffrey S. Davidson
*Lead BK Chapter:* 7
*Demand:*

*Date Filed:* 05/02/24

*Nature[s] of Suit:* 41 Objection / revocation of discharge - 727(c),(d),(e)
66 Dischargeability - 523(a)(1),(14),(14A) priority tax claims
62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud
67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny

*Plaintiff*
-----------------------
**John B. Carnett, IV**
95 Salem Street
Greenwich, NY 12834
215-834-0365

represented by **John B. Carnett, IV**
PRO SE

V.

*Defendant*
-----------------------
**Jeffrey S. Davidson**
76 Joe Bean Road
Salem, NY 12865
SSN / ITIN: xxx-xx-0531

represented by **Elizabeth Fairbanks-Fletcher**
Fairbanks Fletcher Law PLLC
178 Elm St., Ste. 4
Saratoga Springs, NY 12866
518-581-8600
Fax : 518-874-0806
Email: elizabeth@fairbanksfletcher.com

**James W. Hyde, IV**
Law Offices of James W. Hyde, IV
PO Box 262
P.O. Box 262
Wells, NY 12190-0262
518-944-4417
Fax : none
Email: jhydeiv@gmail.com

*Trustee*
-----------------------
**Marc S. Ehrlich-Trustee**
64 Second St
Troy, NY 12180
(518)272-2110

| Filing Date | # | Docket Text |
|---|---|---|
| 05/02/2024 | 1 | Adversary case 24-90011-1. (41 (Objection / revocation of discharge - 727(c),(d),(e))) ,(66 (Dischargeability - 523(a)(1),(14),(14A) priority tax claims)) ,(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) , (67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) Complaint by John B. Carnett IV against Jeffrey S. Davidson . Receipt Number O, Fee Amount $350.00. (Rosenberg, Dana) (Entered: 05/02/2024) |
| 05/02/2024 | 2 | Summons Issued on Jeffrey S. Davidson Answer Due 06/3/2024 (Rosenberg, Dana) (Entered: 05/02/2024) |
| 05/02/2024 |  | Receipt of Adversary Filing Fee - $350.00. Receipt Number 12400205 by DR. (admin) (Entered: 05/03/2024) |
| 06/03/2024 | 3 | Motion to Dismiss Adversary Proceeding Filed by Jeffrey S. Davidson. (Attachments: # 1 Exhibit A - AP Complaint # 2 Exhibit B - State Court Complaint) (Fairbanks-Fletcher, Elizabeth) (Entered: 06/03/2024) |
| 06/03/2024 | 4 | Notice of Hearing Filed by Jeffrey S. Davidson (related document(s)3). Hearing scheduled for 7/10/2024 at 09:15 AM at Albany Courtroom. (Fairbanks-Fletcher, Elizabeth) (Entered: 06/03/2024) |
| 06/03/2024 | 5 | Certificate of Service Filed by Jeffrey S. Davidson (related document(s)3, 4). (Fairbanks-Fletcher, Elizabeth) (Entered: 06/03/2024) |
| 06/24/2024 | 7 | Objection to (related document(s): 3 Motion to Dismiss Adversary Proceeding )*Plaintiff's Opposition* Filed by John B. Carnett IV (related document(s)3). (Rosenberg, Dana) (Entered: 06/25/2024) |
| 06/24/2024 | 8 | Notice of Hearing *re: Opposition to Motion to Dismiss* Filed by John B. Carnett IV (related document(s)7, 3). Hearing scheduled for 7/10/2024 at 09:15 AM at Albany Courtroom. (Rosenberg, Dana) (Entered: 06/25/2024) |
| 07/03/2024 | 9 | Reply to (related document(s): 7 Objection) Filed by Jeffrey S. Davidson (related document(s)7). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Fairbanks-Fletcher, Elizabeth) (Entered: 07/03/2024) |
| 07/08/2024 |  | Hearing Continued (related document(s): 3 ). Hearing scheduled for 07/31/2024 at 09:15 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 07/08/2024) |
| 07/30/2024 |  | Hearing Continued to a new time per Chambers (related document(s) 3 ). Hearing scheduled for 07/31/2024 at 03:00 PM at Albany Courtroom. (Rosenberg, Dana) (Entered: 07/30/2024) |

| | | |
|---|---|---|
| 07/31/2024 | ● | Hearing Held, Granted in part - Denied in part (related document(s) 3 ). Court to Prepare Order. (Rosenberg, Dana) (Entered: 07/31/2024) |
| 07/31/2024 | ● 10 | 🔊 PDF with attached Audio File. Court Date & Time [07/31/2024 03:00:55 PM]. File Size [ 15659 KB ]. Run Time [ 01:07:48 ]. (admin). (Entered: 08/01/2024) |
| 08/01/2024 | ● 11 | Order Granting In Part And Denying In Part Defendent's Motion to Dismiss Adversary Proceeding (Related Doc # 3) (Sugrue, Rachel) (Entered: 08/01/2024) |
| 08/14/2024 | ● 12 | Answer to Complaint Filed by Jeffrey S. Davidson. (Fairbanks-Fletcher, Elizabeth) (Entered: 08/14/2024) |
| 08/14/2024 | ● 13 | Certificate of Service Filed by Jeffrey S. Davidson (related document(s)12). (Fairbanks-Fletcher, Elizabeth) (Entered: 08/14/2024) |
| 08/20/2024 | ● 14 | Scheduling Order. This will be a Telephonic Hearing (related document(s)1). Pre-Trial Conference set for 9/11/2024 at 10:00 AM at Albany Courtroom. (Sitcer, Katherine) (Entered: 08/20/2024) |
| 09/11/2024 | ● 16 | Certificate of Service. Filed by John B. Carnett IV (related document(s)1). (Sitcer, Katherine) (Entered: 09/11/2024) |
| 09/11/2024 | ● 17 | Letter Re: Pre-Trial Conference Requests. Filed by John B. Carnett IV. (Sitcer, Katherine) (Entered: 09/11/2024) |
| 09/11/2024 | ● | Hearing Held; COURT TO ISSUE MINI-SCHEDULING ORDER (related document(s) 1 , 14 ). (OConnell, Theresa) (Entered: 09/11/2024) |
| 09/11/2024 | ● 18 | 🔊 PDF with attached Audio File. Court Date & Time [09/11/2024 10:38:58 AM]. File Size [ 1186 KB ]. Run Time [ 00:04:57 ]. (admin). (Entered: 09/11/2024) |
| 09/13/2024 | ● 19 | Scheduling Order (related document(s)1, 14).Pre-Trial date set for 12/11/2024 at 10:30 AM at Albany Courtroom. (Sugrue, Rachel) Modified on 10/31/2024 (Cardinal, Lisa). (Entered: 09/13/2024) |
| 09/13/2024 | ● | Hearing RE-SET TO CORRECT ENTRY (related document(s):19). PRE-TRIAL Hearing scheduled for 12/11/2024 at 10:30 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 09/13/2024) |
| 10/18/2024 | ● 21 | Motion *For Discovery* Filed by John B. Carnett IV. (Attachments: # 1 Certificate of Service) (Sitcer, Katherine) (Entered: 10/18/2024) |
| 10/24/2024 | ● 22 | Notice of Hearing Filed by John B. Carnett IV (related document(s)21). Hearing scheduled for 11/21/2024 at 09:15 AM at Albany Courtroom. (Sitcer, Katherine) (Entered: 10/24/2024) |
| 10/24/2024 | ● 24 | Notice of Deficiency sent to John B. Carnett, IV. Action Required (related document(s)22). Document Correction due by 10/28/2024. (Sitcer, Katherine) (Entered: 10/24/2024) |

| | | |
|---|---|---|
| 10/29/2024 | 25 | Amended Notice of Hearing Filed by John B. Carnett IV (related document(s)21). Hearing scheduled for 11/27/2024 at 09:15 AM at Albany Courtroom. (Sitcer, Katherine) (Entered: 10/29/2024) |
| 10/29/2024 | 26 | Motion to Extend Time *re: Discovery Deadlines* Filed by John B. Carnett IV. (Sitcer, Katherine) (Entered: 10/29/2024) |
| 10/29/2024 | 27 | Notice of Hearing *and Certificate of Service* Filed by John B. Carnett IV (related document(s)26). Hearing scheduled for 11/27/2024 at 09:15 AM at Albany Courtroom. (Sitcer, Katherine) Modified on 10/31/2024 (Cardinal, Lisa). (Entered: 10/29/2024) |
| 10/31/2024 | | Hearing re-set to correct date/time (related document(s):26). Hearing scheduled for 11/27/2024 at 09:15 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 10/31/2024) |
| 11/20/2024 | 30 | Objection to (related document(s): 21 Motion *For Discovery*, 26 Motion to Extend Time *re: Discovery Deadlines*) Filed by Jeffrey S. Davidson (related document(s)21, 26). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Fairbanks-Fletcher, Elizabeth) (Entered: 11/20/2024) |
| 11/26/2024 | 31 | Reply to (related document(s): 30 Objection) Filed by John B. Carnett IV (related document(s)30). (Sitcer, Katherine) (Entered: 11/26/2024) |
| 11/27/2024 | | Hearing Held and Continued (related document(s): 21 ). Hearing scheduled for 01/15/2025 at 09:15 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 11/27/2024) |
| 11/27/2024 | | Hearing Held; granted; court to prepare order (related document(s) 26 ). (OConnell, Theresa) (Entered: 11/27/2024) |
| 11/27/2024 | | Hearing Continued PER RECORD ON 11/27/2024; DISCOVERY EXTENDED TO 1/31/2025 (related document(s): 19 ). Hearing scheduled for 01/15/2025 at 09:15 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 11/27/2024) |
| 11/27/2024 | 32 | PDF with attached Audio File. Court Date & Time [11/27/2024 10:43:58 AM]. File Size [ 2597 KB ]. Run Time [ 00:11:03 ]. (admin). (Entered: 11/28/2024) |
| 11/27/2024 | 33 | PDF with attached Audio File. Court Date & Time [11/27/2024 12:47:24 PM]. File Size [ 2704 KB ]. Run Time [ 00:11:32 ]. (admin). (Entered: 11/28/2024) |
| 12/02/2024 | 34 | Order Granting Motion to Extend Time (Related Doc # 26). The Deadline for Discovery is Extended to January 31, 2025. (Sitcer, Katherine) (Entered: 12/02/2024) |
| 01/15/2025 | | Hearing Held and Continued (related document(s):21). Hearing scheduled for 02/19/2025 at 09:15 AM at Albany Courtroom. (Sitcer, Katherine) (Entered: 01/15/2025) |

| | | |
|---|---|---|
| 01/15/2025 | ● | Hearing Held and Continued (related document(s):19). DISCOVERY EXTENDED TO 2/19/2025. Hearing scheduled for 02/19/2025 at 09:15 AM at Albany Courtroom. (Sitcer, Katherine) (Entered: 01/15/2025) |
| 01/15/2025 | 35 | PDF with attached Audio File. Court Date & Time [01/15/2025 09:25:00 AM]. File Size [ 855 KB ]. Run Time [ 00:03:30 ]. (admin). (Entered: 01/16/2025) |
| 01/30/2025 | 36 | Letter Re: *Request for s.105 Conference* Filed by Jeffrey S. Davidson. (Attachments: # 1 Exhibit A) (Fairbanks-Fletcher, Elizabeth) (Entered: 01/30/2025) |
| 01/31/2025 | 37 | Letter/response Filed by John B. Carnett IV (related document(s)36). (Rosenberg, Dana) (Entered: 01/31/2025) |
| 01/31/2025 | 38 | Subpoena Issued to John B. Carnett, IV for service on Mohan & Mohan Tax Services, Inc. Filed by John B. Carnett IV. (Rosenberg, Dana) (Entered: 01/31/2025) |
| 01/31/2025 | 39 | Subpoena Issued to John B. Carnett, IV for service on PayPal Inc. Filed by John B. Carnett IV. (Rosenberg, Dana) (Entered: 01/31/2025) |
| 01/31/2025 | 40 | Subpoena Issued to John B. Carnett, IV for service on TD Bank. Filed by John B. Carnett IV. (Rosenberg, Dana) (Entered: 01/31/2025) |
| 01/31/2025 | 41 | Certificate of Service Filed by John B. Carnett IV (related document(s)37). (Rosenberg, Dana) (Entered: 01/31/2025) |
| 01/31/2025 | 42 | Motion to Compel *Debtor's Attorney to Participate in Remote Deposition* Filed by John B. Carnett IV. (Attachments: # 1 Certificate of Service) (Rosenberg, Dana) (Entered: 01/31/2025) |
| 01/31/2025 | 43 | Motion to Shorten Time (related documents 42 Motion to Compel) Filed by John B. Carnett IV (related document(s)42). (Rosenberg, Dana) (Entered: 01/31/2025) |
| 01/31/2025 | 44 | Letter Re: *The request for an Order Shortening Time should be denied for failure to provide adquate urgency or necessity* Filed by Jeffrey S. Davidson (related document(s)43, 42). (Fairbanks-Fletcher, Elizabeth) (Entered: 01/31/2025) |
| 02/03/2025 | 45 | Letter Re: Reply to Letter from Davidson Counsel Filed by John B. Carnett IV (related document(s)44) (Attachments: # 1 Certificate of Service) (Villanueva, Lucy) (Entered: 02/03/2025) |
| 02/03/2025 | 46 | Scheduling Order (related document(s)43, 36). Status hearing to be held on 2/12/2025 at 01:30 PM at Albany Courtroom. (Sitcer, Katherine) (Entered: 02/03/2025) |
| 02/03/2025 | 48 | Court Certificate of Mailing (related document(s)46). (Sitcer, Katherine) (Entered: 02/03/2025) |

| | | |
|---|---|---|
| 02/03/2025 | ◯ | Hearing Set/to add to calendar (related document(s):46). Hearing scheduled for 2/12/2025 at 01:30 PM at Albany Courtroom. (OConnell, Theresa) (Entered: 02/03/2025) |
| 02/05/2025 | ◯ 49 | Notice of Appearance and Request for Notice by James W. Hyde IV Filed by on behalf of Jeffrey S. Davidson. (Hyde, James) (Entered: 02/05/2025) |
| 02/05/2025 | ◯ 50 | Objection to (related document(s): 42 Motion to Compel *Debtor's Attorney to Participate in Remote Deposition*, 43 Motion to Shorten Time (related documents 42 Motion to Compel) )*Cross Motion for to Limit Deposition Scope to Remaining Count in Complaint; Sanctions* Filed by Jeffrey S. Davidson (related document(s)43, 42). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Fairbanks-Fletcher, Elizabeth) (Entered: 02/05/2025) |
| 02/05/2025 | ◯ 51 | Certificate of Service Filed by Jeffrey S. Davidson (related document(s)50). (Fairbanks-Fletcher, Elizabeth) (Entered: 02/05/2025) |
| 02/07/2025 | ◯ 52 | Reply to (related document(s): 42 Motion to Compel *Debtor's Attorney to Participate in Remote Deposition*, 50 Objection) Filed by John B. Carnett IV (related document(s)50, 42). (Attachments: # 1 Certificate of Service) (Villanueva, Lucy) (Entered: 02/07/2025) |
| 02/07/2025 | ◯ 53 | Certificate of Service Filed by John B. Carnett IV (related document(s)40, 39, 38). (Villanueva, Lucy) (Entered: 02/07/2025) |
| 02/12/2025 | ◯ | Hearing Continued PER CHAMBERS (related document(s):46). Hearing scheduled for 02/19/2025 at 09:15 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 02/12/2025) |
| 02/19/2025 | ◯ | Hearing Held and Continued (related document(s):21). Hearing scheduled for 02/25/2025 at 10:00 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 02/19/2025) |
| 02/19/2025 | ◯ | Hearing Held; DISCOVERY CLOSED WITH EXCEPTION FOR DEPOSITIONS TO PROCEED and Continued (related document(s):19). Hearing scheduled for 02/25/2025 at 10:00 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 02/19/2025) |
| 02/19/2025 | ◯ | Hearing Held; CONFERENCE CLOSED RE: DOC#36, PER TERMS ON RECORD; DENIED PER TERMS ON RECORD, OVER OPPOSITION, PER TERMS ON RECORD RE: MOTIONS @ DOC#42, 43(related document(s)46, 42, 43, 36). Order due by 03/21/2025. (OConnell, Theresa) (Entered: 02/19/2025) |
| 02/19/2025 | ◯ 54 | Certificate of Service. Filed by John B. Carnett IV (related document(s)40, 39). (Sitcer, Katherine) (Entered: 02/19/2025) |
| 02/19/2025 | ◯ 55 | 🔊 PDF with attached Audio File. Court Date & Time [02/19/2025 09:31:49 AM]. File Size [ 7958 KB ]. Run Time [ 00:34:26 ]. (admin). (Entered: 02/19/2025) |

| | | |
|---|---|---|
| 02/24/2025 | 56 | Adjournment Request, hearing scheduled for 3/12/2025 at 9:15 a.m. in Albany *on consent of the parties, chambers* Filed by Jeffrey S. Davidson (related document(s)21, 19). (Fairbanks-Fletcher, Elizabeth) (Entered: 02/24/2025) |
| 02/24/2025 | | Hearing Continued (related document(s):21). Hearing scheduled for 03/12/2025 at 09:15 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 02/24/2025) |
| 02/24/2025 | | Hearing Continued (related document(s):19). Hearing scheduled for 03/12/2025 at 09:15 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 02/24/2025) |
| 03/12/2025 | | Hearing Held and Continued (related document(s):21). Hearing scheduled for 05/19/2025 at 10:00 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 03/12/2025) |
| 03/12/2025 | | Hearing Held; COURT TO ISSUE SCHEDULING ORDER FOR TRIAL (related document(s)19). (OConnell, Theresa) (Entered: 03/12/2025) |
| 03/12/2025 | 57 | PDF with attached Audio File. Court Date & Time [03/12/2025 09:18:35 AM]. File Size [ 1579 KB ]. Run Time [ 00:06:39 ]. (admin). (Entered: 03/13/2025) |
| 03/13/2025 | 58 | Order Denying Motion To Compel (Related Doc # 42), and Denying Motion to Shorten Time (Related Doc # 43) (Sitcer, Katherine) (Entered: 03/13/2025) |
| 03/17/2025 | 59 | Scheduling Order (related document(s)1). Trial date set for 5/19/2025 at 10:00 AM at Albany Courtroom. Pre-Trial Statements and Exhibits due by 5/12/2025. (Davis, Darcy) (Entered: 03/17/2025) |
| 03/17/2025 | 60 | Court Certificate of Mailing (related document(s)59). (Davis, Darcy) (Entered: 03/17/2025) |
| 04/08/2025 | | Hearing Not to be Held PER CHAMBERS; COURT TO ISSUE AMENDED SCHEDULING ORDER (related document(s):1, 59). (OConnell, Theresa) (Entered: 04/08/2025) |
| 04/08/2025 | | Hearing Continued PER CHAMBERS (related document(s):21). Hearing scheduled for 06/06/2025 at 10:00 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 04/08/2025) |
| 04/08/2025 | 62 | Amended Scheduling Order (related document(s)59). Trial date set for 6/6/2025 at 10:00 AM at Albany Courtroom. Pre-Trial Statements and Exhibits due by 5/28/2025. (Sitcer, Katherine) (Entered: 04/08/2025) |
| 04/08/2025 | | Hearing Set (related document(s):62). Hearing scheduled for 6/6/2025 at 10:00 AM at Albany Courtroom. (Sitcer, Katherine) (Entered: 04/08/2025) |
| 04/08/2025 | 64 | Court Certificate of Mailing (related document(s):62). (Sitcer, Katherine) (Entered: 04/08/2025) |

| | | |
|---|---|---|
| 05/28/2025 | 65 | Plaintiff's Pre Trial Statement Filed by John B. Carnett IV (related document(s)62), (Attachments: # 1 Certificate of Service). (Rosenberg, Dana) (Entered: 05/28/2025) |
| 05/28/2025 | 66 | Pre Trial Statement Filed by Jeffrey S. Davidson (related document(s)62). (Fairbanks-Fletcher, Elizabeth) (Entered: 05/28/2025) |
| 05/28/2025 | 67 | Certificate of Service Filed by Jeffrey S. Davidson (related document(s)66). (Fairbanks-Fletcher, Elizabeth) (Entered: 05/28/2025) |
| 06/02/2025 | 68 | Certificate of Service. Filed by John B. Carnett IV (related document(s)65). (Villanueva, Lucy) (Entered: 06/02/2025) |
| 06/06/2025 | | Hearing Held - Motion MOOT (related document(s)21). (Johnson, Colleen) (Entered: 06/06/2025) |
| 06/06/2025 | | Hearing Held - Trial RESERVED DECISION (related document(s)62). Oral Motion to Dismiss by Defendant RESERVED DECISION. (Johnson, Colleen) (Entered: 06/06/2025) |
| 06/06/2025 | 69 | List of Witnesses and Exhibits Filed by Court (related document(s)62). (OConnell, Theresa) (Entered: 06/06/2025) |
| 06/06/2025 | 70 | PDF with attached Audio File. Court Date & Time [06/06/2025 10:01:04 AM]. File Size [ 43937 KB ]. Run Time [ 03:08:26 ]. (admin). (Entered: 06/09/2025) |
| 06/09/2025 | 71 | Document Filed by Plaintiff John B. Carnett IV - Exhibits picked up (two binders). (Rosenberg, Dana) (Entered: 06/09/2025) |
| 06/13/2025 | 72 | Plaintiff's Post-Trial Brief. Filed by John B. Carnett IV. (Attachments: # 1 Certificate of Service) (Villanueva, Lucy) (Entered: 06/13/2025) |
| 06/13/2025 | 73 | TEXT ORDER: The Court is in receipt of the posttrial brief (ECF No. 72) filed by the Plaintiff on June 13, 2025. (ECF No. 72). At the trial, the Court asked the parties whether they would like to submit further pleadings. (ECF No. 70 at 3:07:00). Both the Plaintiff and Defendant declined said opportunity. Id. The matter was then deemed fully submitted and placed on reserve. Therefore, the Court declines to accept or consider the brief submitted by the Plaintiff. So Ordered this 13th day of June 2025 by Judge Robert E. Littlefield, Jr., United States Bankruptcy Judge. (related document(s)72). (Sitcer, Katherine) (Entered: 06/13/2025) |
| 06/13/2025 | 74 | Court Certificate of Mailing (related document(s): 73 ). (Sitcer, Katherine) (Entered: 06/13/2025) |
| 09/24/2025 | 75 | Memorandum, Decision and Order; ORDERED, that the Defendant is denied a discharge pursuant to 11 U.S.C. Sec. 727(a)(4); and it is further ORDERED, that the Defendant's oral motion to dismiss is denied. (Related to Documents 1, 62) Signed on 9/24/2025. (Sitcer, Katherine) (Entered: 09/24/2025) |

| 09/24/2025 | 🌑 76 | Court Certificate of Mailing (related document(s):75). (Sitcer, Katherine) (Entered: 09/24/2025) |
|---|---|---|
| 10/08/2025 | 🌑 77 | Notice of Appeal District Court. Fee Amount $298 Filed by Jeffrey S. Davidson (related document(s)75). Appellant Designation due by 10/22/2025. (Attachments: # 1 Exhibit A)(Fairbanks-Fletcher, Elizabeth) (Entered: 10/08/2025) |
| 10/08/2025 |  | Receipt of Notice of Appeal( 24-90011-1-pgr) [appeal,ntcapl] ( 298.00) filing fee. Receipt number A12264876, amount $ 298.00. (Re:Doc# 77) (U.S. Treasury) (Entered: 10/08/2025) |
| 10/08/2025 | 🌑 78 | Transcript Ordered Re: Appeal *Service from Access Transcribers, LLC* Filed by Jeffrey S. Davidson (related document(s)77). Transcript Due by 11/7/2025. (Fairbanks-Fletcher, Elizabeth) (Entered: 10/08/2025) |
| 10/08/2025 | 🌑 | Election to Appeal to District Court . Filed by Jeffrey S. Davidson (related document(s)77). (Johnson, Colleen) (Entered: 10/10/2025) |
| 10/10/2025 | 🌑 79 | Appellee's Opposition to Stay Pending Appeal. Filed by John B. Carnett IV (related document(s)77). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Villanueva, Lucy) (Entered: 10/10/2025) |
| 10/10/2025 | 🌑 80 | Appeal Cover Letter Re: Filing of Notice of Appeal (related document(s)77). (Attachments: # 1 Notice of Appeal) (Johnson, Colleen) (Entered: 10/10/2025) |
| 10/10/2025 | 🌑 81 | Court Certificate of Mailing: Appeal Cover Letter with attached Notice of Appeal was electronically served via CM/ECF on October 10, 2025 on John B. Carnett, IV, Elizabeth Fairbanks-Fletcher and via first class mail on the Office of the United States Trustee (related document(s):80). (Johnson, Colleen) (Entered: 10/10/2025) |
| 10/10/2025 | 🌑 82 | Transmission Cover Sheet of Notice of Appeal to District Court (related document(s)77). (Attachments: # 1 Notice of Appeal)(Johnson, Colleen) (Entered: 10/10/2025) |