# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK



U.S. DISTRICT COURT – N.D. OF N.Y.

FILED

Oct 30 - 2025

John M. Domurad, Clerk

**In re: JEFFREY S. DAVIDSON, Debtor.**

On Appeal from the U.S. Bankruptcy Court for the N.D.N.Y.

Bankruptcy Case No. 23-11130; Adv. Proc. No. 24-90011

**JOHN B. CARNETT, IV,**

Plaintiff–Appellee,

v.

**JEFFREY S. DAVIDSON,**

Defendant–Appellant.

District Court Case No. 25-cv-1431

Assigned to: Hon. Frederick J. Scullin, Jr.

## PLAINTIFF–APPELLEE'S FIRST SUPPLEMENTAL SUBMISSION

## (Overlapping Representation of Mohan & Mohan Tax Service Inc. and Davidson; Accountant-Centric Trial Record; Court-Authorized Subpoena to Accountant)

## IN FURTHER SUPPORT OF MOTION TO DISQUALIFY APPELLATE COUNSEL

PLEASE TAKE NOTICE that Appellee JOHN B. CARNETT, IV respectfully submits

this motion for decision on the papers pursuant to the Local Rules, or, in the alternative,

requests that the Court set a hearing date and time through the Clerk. Upon the

accompanying motion, Appellee seeks an order: (1) disqualifying Elizabeth Fairbanks-Fletcher, Esq., James W. Hyde, IV, Esq., and Fairbanks Fletcher Law PLLC from representing Appellant in this appeal (including ghostwriting or behind-the-scenes assistance); (2) striking any filings submitted by conflicted counsel with leave to refile through unconflicted counsel; (3) staying/extending the briefing schedule for fourteen (14) days for substitution; (4) compelling disclosure under seal of any purported conflict waivers (or certification that none exist); (5) directing counsel to file a Certification Regarding Accountant Confidences and Ethical Screens; (6) issuing an order to show cause why sanctions should not issue under 28 U.S.C. § 1927 and/or the Court's inherent power; and (7) granting such other and further relief as the Court deems just and proper.

Dated: October 30, 2025

Respectfully submitted,

**/s/ John B. Carnett, IV**

John B. Carnett, IV (Pro Se)

95 Salem Street

Greenwich, New York 12834

Email: carnett@reclaimcraft.com

Phone: (215) 834-0365