*B2170 (Form 2170) (12/15)*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)  
Mohan & Mohan Tax Service Inc.

26–1159396  
451 River Road  
Eagle Bridge, NY 12057

Case Number: 24–10239–1–rel

Chapter: 7

**EXHIBIT C**

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Michael Jude OConnor–Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Albany, NY  
DATED: 5/5/25

*BY THE COURT*

Robert E. Littlefield Jr.  
U.S. Bankruptcy Judge