# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**In re: JEFFREY S. DAVIDSON, Debtor.**

On Appeal from the U.S. Bankruptcy Court for the N.D.N.Y.

Bankruptcy Case No. 23-11130; Adv. Proc. No. 24-90011

**JOHN B. CARNETT, IV,**

Plaintiff–Appellee,

v.

**JEFFREY S. DAVIDSON,**

Defendant–Appellant.

District Court Case No. 25-cv-1431

Assigned to: Hon. Frederick J. Scullin, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I caused the following documents to be served as follows:

**VIA: CM/ECF**

DC_Notice_Motion_ SUPPLEMENTAL _Disqualify_Sanctions_ClerkSchedule

SUPPLEMENTAL_District_Court_Motion_to_Disqualify_Appellate_Counsel

Exhibit_A_District_Court_Motion_to_Disqualify_Appellate_Counsel

Exhibit_B_Mohan_Petition

Exhibit_C_Mohan_Final

Exhibit_D_DENY

Exhibit_G_Mohan_Subpoena

this Certificate of Service.

B. To Appellant's Counsel (Ms. Fairbanks-Fletcher) — via United States Mail (First-Class), to:

  ELIZABETH FAIRBANKS-FLETCHER, ESQ.,
  FAIRBANKS FLETCHER LAW PLLC
  ADDRESS: 178 ELM ST., STE. 4 SARATOGA SPRINGS, NY 12866

Executed on October 30, 2025, at Greenwich, New York.

**/s/ John B. Carnett, IV**

John B. Carnett, IV