UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



**In re: JEFFREY S. DAVIDSON, Debtor.**
On Appeal from the U.S. Bankruptcy Court for the N.D.N.Y.
Bankruptcy Case No. 23-11130; Adv. Proc. No. 24-90011

**JOHN B. CARNETT, IV,**
Plaintiff–Appellee,

v.

**JEFFREY S. DAVIDSON,**
Defendant–Appellant.
District Court Case No. 25-cv-1431
Assigned to: Hon. Frederick J. Scullin, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2025, I caused the following documents to be served as follows:

A. To the U.S. District Court Clerk (N.D.N.Y.) — via FedEx (overnight/express), addressed to the Clerk of Court:

JAMES M. HANLEY FEDERAL BUILDING & U.S. COURTHOUSE
100 S. CLINTON ST.
SYRACUSE, NY 13261

 • Documents: PRO SE Motion for Permission to File Documents Electronically in ECF, Notice of Motion; Motion to Disqualify (Fairbanks-Fletcher, Hyde); Proposed Order; Exhibit F (Counts Certificate), Exhibit G (Mohan Subpoena); this Certificate of Service.

 • Federal Express Tracking No.: 885591359320

B. To Appellant's Counsel (Ms. Fairbanks-Fletcher) — via United States Mail (First-Class), to:

ELIZABETH FAIRBANKS-FLETCHER, ESQ.,
FAIRBANKS FLETCHER LAW PLLC
ADDRESS: 178 ELM ST., STE. 4 SARATOGA SPRINGS, NY 12866

Executed on October 29, 2025, at Greenwich, New York.

*[signature]*

John B. Carnett, IV