

This envelope is only for FedEx Express® shipments.

You can help us get your package safely to its destination by packing your items securely. Need help? Go to fedex.com/packaging for packing tips.

FedEx
8855 9135 9320
XP LKPA

FRI - 31 OCT AA
PRIORITY OVERNIGHT
13261
SYR

PRIORITY OVERNIGHT
3170

RECEIVED
OCT 31 2025
US DISTRICT COURT
SYRACUSE, NEW YORK

SHIP DATE: 29OCT25
ACTWGT: 0.50 LB
CAD: 20434160/INET4935

BILL SENDER

ORIGIN ID:ALBA
JOHN GARNETT
962 ROUTE 4 S

SCHUYLERVILLE NY 12871
UNITED STATES US
(215) 834-0935

TO CLERK OF COURT / DANIEL MCALLISTER
US DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
JAMES M. HANLEY FEDERAL BUILDING
100 S. CLINTON ST.
SYRACUSE NY 13261
(678) 234-6500

REF:
DEPT:

THU - 30 OCT 10:30A
PRIORITY OVERNIGHT
13261
SYR

TRK#
8855 9135 9320
XP LKPA

FedEx