# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**In re: JEFFREY S. DAVIDSON, Debtor.**

On Appeal from the U.S. Bankruptcy Court for the N.D.N.Y.

Bankruptcy Case No. 23-11130; Adv. Proc. No. 24-90011

**JOHN B. CARNETT, IV,**

Plaintiff–Appellee,

v.

**JEFFREY S. DAVIDSON,**

Defendant–Appellant.

District Court Case No. 25-cv-1431

Assigned to: Hon. Frederick J. Scullin, Jr.

## NOTICE OF FILING (REPLY, PROPOSED ORDER, AND CERTIFICATE OF SERVICE)

Please take notice that Plaintiff–Appellee **John B. Carnett IV** hereby files the following in connection with his pending **Motion to Disqualify Appellate Counsel**:

1. **Reply in Support of Motion to Disqualify Appellate Counsel**;

2. **[Proposed] Order**; and

3. **Exhibits:** A, B, D & G

4. **Certificate of Service.**

Appellee respectfully requests that the Clerk docket these materials under the above caption and link them to the pending motion. Appellee has separately requested CM/ECF notice be enabled for his email; until resolved, this filing is provided as a courtesy to ensure prompt docketing.

**Dated:** November 26, 2025

**Respectfully submitted,**

/s/ John B. Carnett, IV

**John B. Carnett, IV (Pro Se)**

95 Salem Street

Greenwich, New York 12834

Email: carnett@reclaimcraft.com

Phone: (215) 834-0365