**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

IN RE

    JEFFREY S. DAVIDSON,

                  Debtor.

Chapter 7
Case No. 23-11130

---

JOHN B. CARNETT, IV.,

                  Plaintiff,

v.

JEFFREY S. DAVIDSON,

                  Defendant.

Adversary Proceeding
Case No. 24-90011

---

## APPELLANT'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

Pursuant to Fed. R. Bankr. Pro. 8009(a), Appellant JEFFREY S. DAVIDSON, by and through counsel ELIZABETH FAIRBANKS-FLETCHER, designates the following items from the docket in the above-captioned adversary proceeding No. 24-90011 and related Main Case No. 23-11130 to be included in the record on appeal to the United States District Court for the Northern District of New York.

This appeal is taken from the Memorandum Decision and Order Denying Discharge entered on September 24, 2025 (Doc. 75), and includes all prior interlocutory rulings, orders, and procedural determinations that produced that final judgment, including the Order Granting in Part and Denying in Part Defendant's Motion to Dismiss (Doc. 11) and all jurisdictional, evidentiary, and procedural rulings subsumed therein, and sets forth a statement of the issues on appeal:

## I. DESIGNATION OF RECORD (ADVERSARY PROCEEDING 24-90011)

| No. | Docket No. | Date Filed | Title / Description |
|---|---|---|---|
| 1 | 1 | 05/02/2024 | Adversary Complaint Objecting to Discharge under 11 U.S.C. §§ 727(a)(4), 523(a)(1), (2), (4), (14). |
| 2 | 3 | 06/03/2024 | Motion to Dismiss Adversary Proceeding Filed by Defendant Davidson (with Exhibits A–B). |
| 3 | 4 | 06/03/2024 | Notice of Hearing on Motion to Dismiss filed by Defendant Davidson. |
| 4 | 7 | 06/24/2024 | Plaintiff's Opposition to Motion to Dismiss filed by Plaintiff Carnett. |
| 5 | 8 | 6/24/2024 | Notice of Hearing re: Opposition to Motion to Dismiss filed by Plaintiff Carnett. |
| 6 | 9 | 07/03/2024 | Defendant's Reply in Support of Motion to Dismiss (with Exhibits A–D). |
| 7 | 11 | 08/01/2024 | **Order Granting in Part and Denying in Part Defendant's Motion to Dismiss Adversary Proceeding** (Counts I–IV dismissed; Count V § 727(a)(4) survives). |
| 8 | 12 | 08/14/2024 | Answer to Complaint Filed by Defendant Davidson. |
| 9 | 14 | 08/20/2024 | Scheduling Order (Telephonic Pre-Trial Conference). |
| 10 | 16 | 9/11/2024 | Certificate of Service of Summons and Complaint filed by Plaintiff Carnett. |
| 11 | 59 | 03/17/2025 | Scheduling Order Setting Trial for 05/19/2025. |
| 12 | 62 | 04/08/2025 | Amended Scheduling Order Setting Trial for 06/06/2025. |
| 13 | 69 | 06/06/2025 | List of Witnesses and Exhibits Filed by the Court. |
| 14 | 75 | 09/24/2025 | **Memorandum Decision and Order Denying Discharge under § 727(a)(4)(A)** (Order appealed). |

| No. | Docket No. | Date Filed | Title / Description |
|---|---|---|---|
| 15 | 77 | 10/08/2025 | Notice of Appeal Filed by Defendant Davidson. |
| 16 | 78 | 10/08/2025 | Transcript Order Form Filed by Appellant (Access Transcribers LLC), trial on 6/6/2025. |
| 17 | 87 | 10/22/2025 | Transcript Order Form Filed by Appellant (Access Transcribers LLC) [Additional Transcript Request (#2)], hearing on 7/31/2024 on Motion to Dismiss. |

## II. DESIGNATION OF TRANSCRIPTS

Pursuant to Fed. R. Bankr. P. 8009(b)(1)(A), Appellant designates the following transcripts for inclusion in the record on appeal:

1. Transcript of Hearing on Motion to Dismiss (July 31, 2024) — to be prepared and filed upon completion by Access Transcribers LLC.

2. Transcript of Trial (June 6, 2025) — to be prepared and filed upon completion by Access Transcribers LLC.

## III. MAIN CASE DOCUMENTS (23-11130)

| No. | Docket No. | Date Filed | Title / Description |
|---|---|---|---|
| A1 | 1 | 11/03/2023 | Voluntary Petition and Schedules. |
| A2 | 16 | 12/11/2023 | Amended Statement of Financial Affairs (SOFA). |
| A3 | 21 | 01/10/2024 | Second Amended SOFA. |
| A4 | 50 | 01/16/2025 | Third Amended SOFA. |
| A5 | 53 | 09/24/2025 | Copy of Memorandum Decision and Order Denying Discharge (cross-filed with AP Doc. 75). |

**EXHIBIT A**

## IV. LIMITATION OF APPEAL

This appeal encompasses all issues of law and fact arising from the Bankruptcy Court's September 24, 2025 Memorandum Decision and Order (Doc. 75), including all interlocutory and procedural rulings merged into that judgment. This Designation preserves all issues necessary for review of that judgment, including questions of jurisdiction, pleading sufficiency, evidentiary support, and procedural fairness. It is not limited to any particular finding or statutory subsection and includes, without limitation, rulings under 11 U.S.C. § 727(a)(4)(A), Fed. R. Civ. P. 12(b)(6), Fed. R. Bankr. P. 7004(b)(9), Fed. R. Bankr. P. 4005, and all related determinations affecting jurisdiction, procedure, and evidentiary sufficiency.

## V. STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred as a matter of law in denying Defendant's Motion to Dismiss Count V (§ 727(a)(4)(A)) for failure to plead facts showing a false oath or fraudulent intent.

2. Whether the Bankruptcy Court erred in concluding that the Debtor's Statement of Financial Affairs falsely reported "$0.00" business income for 2023.

3. Whether the Bankruptcy Court improperly shifted the burden of proof to the Debtor, contrary to Fed. R. Bankr. P. 4005.

4. Whether the Court's denial of discharge was based on facts not in evidence, including assumptions drawn from corporate records without accountant testimony.

5. Whether the Court's lenient treatment of a pro se plaintiff resulted in application of an incorrect legal standard and reversible error.

6. Whether the Bankruptcy Court lacked personal jurisdiction over the Defendant because the Plaintiff failed to properly serve the summons and complaint on both the Debtor and his attorney as required by Fed. R. Bankr. P. 7004(b)(9), and whether the defense of insufficient service of process was preserved where the defect was unknown and undiscoverable at the time of the Defendant's pre-answer motion under Fed. R. Civ. P. 12(b)(6).

Dated: October 22, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　FAIRBANKS FLETCHER LAW PLLC

　　　　　　　　　　　　　　　　　　　　By: /s/ Elizabeth Fairbanks-Fletcher 513317

　　　　　　　　　　　　　　　　　　　　Attorney for Appellant Jeffrey S. Davidson
　　　　　　　　　　　　　　　　　　　　178 Elm St., Suite 4
　　　　　　　　　　　　　　　　　　　　Saratoga Springs, NY 12866
　　　　　　　　　　　　　　　　　　　　*elizabeth@fairbanksfletcher.com*
　　　　　　　　　　　　　　　　　　　　Tel: 518-581-8600