EXHIBIT B

## IV. LIMITATION OF APPEAL

This appeal encompasses all issues of law and fact arising from the Bankruptcy Court's September 24, 2025 Memorandum Decision and Order (Doc. 75), including all interlocutory and procedural rulings merged into that judgment. This Designation preserves all issues necessary for review of that judgment, including questions of jurisdiction, pleading sufficiency, evidentiary support, and procedural fairness. It is not limited to any particular finding or statutory subsection and includes, without limitation, rulings under 11 U.S.C. § 727(a)(4)(A), Fed. R. Civ. P. 12(b)(6), Fed. R. Bankr. P. 7004(b)(9), Fed. R. Bankr. P. 4005, and all related determinations affecting jurisdiction, procedure, and evidentiary sufficiency.

## V. STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred as a matter of law in denying Defendant's Motion to Dismiss Count V (§ 727(a)(4)(A)) for failure to plead facts showing a false oath or fraudulent intent.

2. Whether the Bankruptcy Court erred in concluding that the Debtor's Statement of Financial Affairs falsely reported "$0.00" business income for 2023.

3. Whether the Bankruptcy Court improperly shifted the burden of proof to the Debtor, contrary to Fed. R. Bankr. P. 4005.

4. Whether the Court's denial of discharge was based on facts not in evidence, including assumptions drawn from corporate records without accountant testimony.

5. Whether the Court's lenient treatment of a pro se plaintiff resulted in application of an incorrect legal standard and reversible error.