# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**In re: JEFFREY S. DAVIDSON, Debtor.**

On Appeal from the U.S. Bankruptcy Court for the N.D.N.Y.

Bankruptcy Case No. 23-11130; Adv. Proc. No. 24-90011

**JOHN B. CARNETT, IV,**

Plaintiff–Appellee,

v.

**JEFFREY S. DAVIDSON,**

Defendant–Appellant.

District Court Case No. 25-cv-1431

Assigned to: Hon. Frederick J. Scullin, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I caused the following documents to be served as follows:

**VIA: CM/ECF**

1. Reply_Motion_Disqualify_ W_Appendices

2. NOTICE_Plaintiff–Appellee's Reply in Support of Motion to Disqualify Appellate Counsel

3. Exhibit_A_Designation_of_Records_Appeal_MAIN

4. Exhibit_B_Designation_of_Records_Appeal_PAGE_4

5. Exhibit_D_DENY

6. Exhibit_G_Mohan_Subpoena

7. Proposed_Order_Reply

8. this Certificate of Service.

B. To Appellant's Counsel (Ms. Fairbanks-Fletcher) — via United States Mail (First-Class), to:

  ELIZABETH FAIRBANKS-FLETCHER, ESQ.,
  FAIRBANKS FLETCHER LAW PLLC
  ADDRESS: 178 ELM ST., STE. 4 SARATOGA SPRINGS, NY 12866

Executed on November 26, 2025, at Greenwich, New York.

**/s/ John B. Carnett, IV**

John B. Carnett, IV