# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**In re: JEFFREY S. DAVIDSON, Debtor.**
On Appeal from the U.S. Bankruptcy Court for the N.D.N.Y.
Bankruptcy Case No. 23-11130; Adv. Proc. No. 24-90011

**JOHN B. CARNETT, IV,**
Plaintiff–Appellee,

v.

**JEFFREY S. DAVIDSON,**
Defendant–Appellant.
District Court Case No. 25-cv-1431
Assigned to: Hon. Frederick J. Scullin, Jr.

## NOTICE OF FILING / TRANSMITTAL TO CLERK (MFT Submission)

**To:** Clerk of Court, United States District Court, Northern District of New York
**Via:** Managed File Transfer (MFT) Portal
**From:** John B. Carnett IV, Plaintiff–Appellee (pro se)

**Re:** *Carnett v. Davidson*, No. 25-cv-1431 — Letter-Motion for Verification Order & Proposed Micro-Order

Please docket the attached documents in the above-captioned matter and link them to Appellee's pending Motion to Disqualify Appellate Counsel:

1. **Letter-Motion for Narrow Verification Order (Trustee Declaration & Native Forensics)**; and

2. **Proposed Micro-Order (Trustee Declaration & Native Forensics)**.

Appellee is currently awaiting CM/ECF filing credentials and therefore submits these materials via the Court's MFT portal. A Certificate of Service reflecting service on Appellant's counsel (email and U.S. Mail) is included.

**Dated:** November 26, 2025

**Respectfully submitted,**

/s/ John B. Carnett, IV

**John B. Carnett, IV (Pro Se)**

95 Salem Street

Greenwich, New York 12834

Email: carnett@reclaimcraft.com

Phone: (215) 834-0365