# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**In re: JEFFREY S. DAVIDSON, Debtor.**

On Appeal from the U.S. Bankruptcy Court for the N.D.N.Y.

Bankruptcy Case No. 23-11130; Adv. Proc. No. 24-90011

**JOHN B. CARNETT, IV,**

Plaintiff–Appellee,

v.

**JEFFREY S. DAVIDSON,**

Defendant–Appellant.

District Court Case No. 25-cv-1431

Assigned to: Hon. Frederick J. Scullin, Jr.

## CERTIFICATE OF SERVICE (MFT Submission + Service on Counsel)

I, John B. Carnett IV, certify under 28 U.S.C. § 1746 that on November 26, 2025, I served true and correct copies of the following papers in the above-captioned matter:

• **Letter-Motion for Narrow Verification Order (Trustee Declaration & Native Forensics);** and

• **Proposed Micro-Order (Trustee Declaration & Native Forensics).**

Method(s) of Service:

**A. Submission to the Court (Managed File Transfer):**
On November 26, 2025, I submitted the foregoing documents to the Northern District of New York Managed File Transfer (MFT) portal for docketing on CM/ECF by the Clerk.

**B. Service on Appellant's Counsel:**

On November 26, 2025, I served on counsel for Appellant by the following methods:

via United States Mail (First-Class), to:

ELIZABETH FAIRBANKS-FLETCHER, ESQ.,
FAIRBANKS FLETCHER LAW PLLC
ADDRESS: 178 ELM ST., STE. 4 SARATOGA SPRINGS, NY 12866

Executed on November 26, 2025

**/s/ John B. Carnett, IV**

John B. Carnett, IV

95 Salem Street Greenwich, NY 12834